# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160080

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 160080
                                     COA: 347419
                                     Kent CC: 18-004336-AR

FRANK MARCHESE,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 19, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020

Clerk

s0420